UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA MERCHANDISING, INC., d/b/a MONTANA MILLING, INC., HINEBAUCH GRAIN, INC., OCC-O'CONNOR CROPS AND CATTLE, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DAVE'S KILLER BREAD, INC., GLENN DAHL, Individually and as Trustee of Glenn Dahl Family Trust, DAVID J. DAHL, Individually and as Trustee of the David Dahl Family Trust, SHOBI L. DAHL, Individually and as Trustee of the Shobi Dahl Family Trust, FLOWERS FOODS, INC., and GOODE PARTNERS, LLC,<br><br>Defendants. | Cause No. CV-17-026-GF-BMM<br><br>**ORDER** |

Defendants Glenn Dahl, David J. Dahl, Shobi L. Dahl, and Goode Partners, LLC have moved the Court to reschedule the preliminary pretrial conference presently scheduled for May 4, 2017. Counsel for the other parties do not oppose.

Good cause appearing, it is ordered the preliminary pretrial conference currently scheduled for May 4, 2017, is vacated. The parties shall meet and confer and notify the Court as soon as possible, with dates that will work for all parties.

DATED this 11th day of April, 2017.

_____
Brian Morris
United States District Court Judge