# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS

| | |
|---|---|
| MONTANA MERCHANDISING, INC., d/b/a MONTANA MILLING, INC., HINEBAUCH GRAIN, INC., OCC-O'CONNOR CROPS AND CATTLE, LLC, <br><br> Plaintiffs, <br> v. <br><br> DAVE'S KILLER BREAD, INC., GLENN DAHL, Individually and as Trustee of Glenn Dahl Family Trust, DAVID J. DAHL, Individually and as Trustee of the David Dahl Family Trust, SHOBI L. DAHL, Individually and as Trustee of the Shobi Dahl Family Trust, FLOWERS FOODS, INC., AND GOODE PARTNERS, LLC, <br><br> Defendants. | CV-17-26-GF-BMM <br><br> **ORDER** |

Defendants Dave's Killer Bread, Inc. And Flowers Foods, Inc. (Dave's and Flowers) have moved for an order allowing Gregory R. Hanthorn to appear *pro hac vice* in this case with Ian McIntosh of Crowley Fleck PLLP, designated as local counsel. The application of Mr. Hanthorn appears to be in compliance with L.R. 83.1(d).

IT IS ORDERED:

Defendants Dave's and Flowers's motion to allow Mr. Hanthorn to appear on their behalf (Doc. 75) is **GRANTED**, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Only one attorney appearing *pro hac vice* may act as co-lead counsel;

3. Mr. Hanthorn must each do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Mr. Hanthorn; it is not an admission of the Jones Day law firm.

IT IS FURTHER ORDERED:

Mr. Hanthorn shall file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of his admission under the terms set forth above.

DATED this 12th day of June, 2017.

_____
Brian Morris
United States District Court Judge