UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MONTANA MERCHANDISING, INC., d/b/a MONTANA MILLING, INC., HINEBAUCH GRAIN, INC., OCC-O'CONNOR CROPS AND CATTLE, LLC, CLIFFORD MERRIMAN AND ANNA MERRIMAN, d/b/a 4-M FARMS, and GOLDEN ORGANIC WHEAT FARMS, INC.,<br>　　　　　Plaintiffs,<br>　　v.<br><br>DAVE'S KILLER BREAD, INC., GLENN DAHL, Individually and as Trustee of Glenn Dahl Family Trust, DAVID J. DAHL, Individually and as Trustee of the David Dahl Family Trust, SHOBI L. DAHL, Individually and as Trustee of the Shobi Dahl Family Trust, FLOWERS FOODS, INC., and GOODE PARTNERS, LLC, AVB, INC., GOODE SEED HOLDINGS, LLC, GOODE SEED CO-INVEST, LLC, AND JOHN DOE I, II, III AND IV, which Include any other entities or persons affiliated with Goode Partners, LLC, who were involved in the partnership with any of the other Defendants, or involved with the sale of Dave's Killer Bread, Inc.,<br><br>　　　　　Defendants. | Cause No. CV-17-026-GF-BMM<br><br>**ORDER** |

　　　　The Dahl/Goode Defendants (Glenn Dahl, individually and as Trustee of the

Glenn Dahl Family Trust, David J. Dahl, individually and as Trustee of the David

Dahl Family Trust, Shobi L. Dahl, individually and as Trustee of the Shobi Dahl Family Trust, Goode Partners, LLC, Goode Seed Holdings, LLC, and Goode Seed Co-Invest, LLC) have moved the Court to excuse the personal attendance of all six Dahl/Goode Defendants at the mediation and permit representative Daniel Bonoff to attend on their behalf.

Good cause appearing, it is ordered that that the Dahl/Goode Defendants are excused from personally attending the mediation and Daniel Bonoff will personally attend on their behalf.

DATED this 13th day of October, 2017.

_____
John Johnston
United States Magistrate Judge