IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| MONTANA MERCHANDISING, INC., d/b/a MONTANA MILLING, INC., HINEBAUCH GRAIN, INC., OCC-O'CONNOR CROPS AND CATTLE, LLC, CLIFFORD MERRIMAN AND ANNA MERRIMAN, d/b/a 4-M FARMS, and GOLDEN ORGANIC WHEAT FARMS, INC., | ) ) ) ) ) ) ) ) | Cause No.: CV-17-26-GF-BMM |
| Plaintiffs, | ) ) | **ORDER** |
| v. | ) ) ) | |
| DAVE'S KILLER BREAD, INC., GLENN DAHL, Individually and as Trustee of Glenn Dahl Family Trust, DAVID J. DAHL, Individually and as Trustee of the David Dahl Family Trust, SHOBI L. DAHL, Individually and as Trustee of the Shobi L. Dahl Family Trust, FLOWERS FOODS, INC., FLOWERS BAKERIES, LLC, GOODE PARTNERS, LLC, AVB, INC. GOODE SEED HOLDINGS, LLC, GOODE SEED CO-INVEST, LLC, AND JOHN DOE I, II, III AND IV, which Include any other entities or persons affiliated with Goode Partners, LLC, who were involved in the partnership with any of the other Defendants, or involved with the sale of Dave's Killer Bread, Inc. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The Farmer Plaintiffs, (Hinebauch Grain, Inc., OCC-O'Connor Crops and

Cattle, LLC, Clifford Merriman and Anna Merriman, d/b/a 4-M Farms, and Golden

Organic Wheat Farms, Inc.,) have moved the Court to excuse their personal

attendance at the mediation, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Farmer Plaintiffs are excused from personally attending the mediation on October 24, 2017.

DATED this 16th day of October, 2017.

John Johnston
United States Magistrate Judge